1  Susan St. Vincent
2  Acting Legal Officer
   Matthew McNease
3  Acting Legal Officer
   NATIONAL PARK SERVICE
4  Legal Office
   P.O. Box 517
5  Yosemite, California  95389
   Telephone:  (209) 372-0241
6

7

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,    DOCKET NO: 6:13-mj-51-MJS

13 |         Plaintiff,

14 |     v.                       **MOTION TO DISMISS; AND
                                  ORDER THEREON**
15 | BRENNAN JAMES GIBBONS,

16 |         Defendant.

17

18

19     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

20 Court endorsed hereon, the United States hereby moves the Court for an order of

21 dismissal without prejudice in the interest of justice, and for the Bench Trial, currently

22 scheduled for March 26, 2014 at 9:00 a.m., to be vacated.

23

24     Dated:  March 7, 2014              NATIONAL PARK SERVICE

25

26                                         /S/ Matthew McNease_____
                                          Matthew McNease
27                                        Acting Legal Officer

28
                                          1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Brennan James Gibbons*, 6:13-mj-51-MJS, be dismissed, without prejudice, in the interest of justice, and the Bench Trial, currently scheduled for March 26, 2014, at 9:00 a.m., be vacated.\

IT IS SO ORDERED.

Dated:   March 10, 2014                         /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE